James K. Perry
A Professional Corporation
James K. Perry (SBN 051322)
3150 Crow Canyon Place, Suite 250
San Ramon, California 94583
Telephone: (925) 806-0177
Facsimile: (925) 806-9011
jkperry1@msn.com

Attorney for Plaintiff, Cory Narog

# THE UNITED STATES DISTRICT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Cory Narog,<br><br>   Plaintiff,<br><br>v.<br><br>New York Community Bank, a New York State Chartered Bank, MTC Financial Inc., a California Corporation, dba Trustee Corp., Federal Home Loan Mortgage Corporation,<br>   Defendants. | Case No. 2:10-cv-03265-JAM-KJM<br><br>[Proposed] ORDER DENYING MOTIONS BY DEFENDANTS FEDERAL HOME LOAN MORTGAGE CORPORATION AND NEW YORK COMMUNITY BANK ASSERTING FAILURE OF AMENDED COMPLAINT TO STATE A CLAIM FOR WHICH RELIEF MAY BE GRANTED OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; AND EXPUNGEMENT OF LIS PENDENS. |
| | [Fed. R. Civ. P. Rule 12(b)(6) and 56]<br>**Hearing:**<br>**Date:    February 23, 2011**<br>**Time:    9:30 a.m.**<br>**Crt. Rm: 6**<br>**Honorable Judge John A. Mendez** |

The Motions for dismissal according to Fed. R. Civ. P., Rule 12(b)(6), or in the alternative for Summary Judgment under Rule 56 and for Expungement of Lis Pendens, by Defendant New York Community Bank and Defendant Federal Home Loan Mortgage Corporation, came on regularly for hearing at or about 9:30 a.m. on February 23, 2011 in Courtroom 6, of the above entitled Court, Honorable Judge John A. Mendez, presiding. These motions were heard in conjunction with the Motion for dismissal according to Fed. R. Civ. P., Rule 12(b)(6) by Defendant MTC Financial Inc., a California Corporation, dba Trustee Corp.

1
[Proposed] ORDER DENYING MOTIONS BY DEFENDANTS FEDERAL HOME LOAN MORTGAGE CORPORATION FOR DISMISSAL FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF MAY BE GRANTED, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; AND EXPUNGEMENT OF LIS PENDENS     Case No. 2:10-cv-03265-JAM-KJM

James K. Perry, A Professional Corporation, by James K. Perry, appeared as the attorney for Plaintiff Cory Narog; Damian Richard of the Law Office of Malcolm & Cisneros, appeared on behalf of Defendant New York Community Bank and Defendant Federal Home Loan Mortgage Corporation.

Defendant MTC Financial, Inc. dba Trustee Corp. appeared by Keith Van Dyke of the Law Office of Turner, Reynolds, Greco and O'Hara.

The Court having considered the files and records in this action, including the oral and written arguments of counsel and good cause appearing, IT IS ORDERED:

1. Defendants' Request for Judicial Notice of RJN: Exhibits 1-7 is granted; the Court has also considered the records constituting Exhibit 8-10 to which Plaintiff has not interposed any objections;

2. Plaintiff's Request for Judicial Notice of PRFJN: Exhibits A-G is granted;

3. The motions for dismissal according to Fed. R. Civ. P., Rule 12(b)(6) and /or for Summary Judgment according to Rule 56 are denied. Plaintiff has plead and shown sufficient facts to support his claim to set aside the foreclosure "sale" of the subject real property to Defendant Federal Home Loan Mortgage Corporation on September 30, 2010, on the grounds of the failure to comply with the mandatory statutory notice required by the foreclosure provisions of California Civil Code 2924 et. seq.; and although Plaintiff failed to originally plead "tender" in his original state court complaint, Plaintiff has plead in the proposed Second Amended Complaint and the evidence shows that Plaintiff did in fact offer to cure all defaults on the loan simultaneously with the filing of the original state court complaint.

4. In addition, the Federal Home Loan Mortgage Corporation does not qualify as a bona fide purchaser at the "sale" and is not entitled to assert the conclusive presumption of CC 2924(c); and the face of the Declarations of Mailing show inaccuracies by the failure to comply with all mandatory statutory mailing requirements; and preclude each as "conclusively" establishing compliance, as may be otherwise asserted according to CC 2924b(e).

5. For the reasons set forth above, the Court finds that Plaintiff more probably than not will prevail and therefore the motion to strike the Lis Pendens recorded on October 20, 2010 and/or October 26, 2010 is denied.

6. According to Fed. R. Civ. P., Rule 15 Plaintiff was allowed an automatic right to amend the complaint a single time as a matter of course; and therefore the Second Amended Complaint filed January 10, 2011, was properly struck. However, Plaintiff's request to now file the Second Amended

1  Complaint is granted, with leave to file the Second Amended Complaint within 20 days of the filing of
2  this order.
3      Therefore Defendant New York Community Bank which is not included as a Defendant in the
4  proposed Second Amended Complaint shall be dismissed without prejudice, upon the filing of the
5  proposed pleading.

6  Dated: ~~February~~ March 9, 2011

9  Judge John A. Mendez
10  United States District Court

11
12  Approved as to Form:
    Law Office of Malcolm & Cisneros
13
14  By:_____
15     Damian Richard, Attorney for
    Defendant New York Community Bank and
16  Defendant Federal Home Loan Mortgage
    Corporation.
17

18  Law Office of Turner, Reynolds, Greco and O'Hara
19
20  By:_____
21     Keith Van Dyke, Attorney for Defendant MTC Financial Inc.,
    a California Corporation, dba Trustee Corp.

3

[Proposed] ORDER DENYING MOTIONS BY DEFENDANTS FEDERAL HOME LOAN MORTGAGE CORPORATION FOR DISMISSAL FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF MAY BE GRANTED, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; AND EXPUNGEMENT OF LIS PENDENS     Case No. 2:10-cv-03265-JAM-KJM