James K. Perry
A Professional Corporation
James K. Perry (SBN 051322)
3150 Crow Canyon Place, Suite 250
San Ramon, California 94583
Telephone:  (925) 806-0177
Facsimile:   (925) 806-9011
jkperry1@msn.com

Attorney for Plaintiff, Cory Narog

# THE UNITED STATES DISTRICT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Cory Narog,<br>　　　　　Plaintiff,<br>v.<br>New York Community Bank, a New York State Chartered Bank, MTC Financial Inc., a California Corporation, dba Trustee Corp., Federal Home Loan Mortgage Corporation,<br>　　　　　Defendants. | Case No.  2:10-cv-03265-JAM-KJM<br><br>[Proposed]  ORDER DENYING MOTION BY DEFENDANT MTC FINANCIAL, INC. dba TRUSTEE CORP. TO DISMISS FIRST AMENDED COMPLAINT ASSERTING FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| | [Fed. R. Civ. P. Rule 12(b)(6) and 56]<br>**Hearing:**<br>Date:     **February 23, 2011**<br>Time:    **9:30 a.m.**<br>Crt. Rm: 6<br>**Honorable Judge John A. Mendez** |

　　　　The Motion for dismissal according to Fed. R. Civ. P., Rule 12(b)(6) by Defendant MTC Financial Inc., a California Corporation, dba Trustee Corp. came on regularly for hearing at or about 9:30 a.m. on February 23, 2011 in Courtroom 6, of the above entitled Court, Honorable Judge John A. Mendez, presiding. This motion was heard in conjunction with Motions for dismissal according to Fed. R. Civ. P., Rule 12(b)(6), or in the alternative for Summary Judgment under Rule 56 and for Expungement of Lis Pendens, by Defendant New York Community Bank and Defendant Federal Home Loan Mortgage Corporation.

---

1

[Proposed]  ORDER DENYING  MOTION BY DEFENDANT MTC FINANCIAL, INC. dba TRUSTEE CORP. TO DISMISS
FIRST AMENDED COMPLAINT ASSERTING FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
Case No. 2:10-cv-03265-JAM-KJM

James K. Perry, A Professional Corporation, by James K. Perry, appeared as the attorney for Plaintiff Cory Narog; Defendant MTC Financial, Inc. dba Trustee Corps appeared by Keith Van Dyke of the Law Office of Turner, Reynolds, Greco and O'Hara.

Damian Richard of the Law Office of Malcolm & Cisneros, appeared on behalf of Defendant New York Community Bank and Defendant Federal Home Loan Mortgage Corporation.

The Court having considered the files and records in this action, including the oral and written arguments of counsel and good cause appearing, IT IS ORDERED:

1. Defendant MTC Financial, Inc. s' Request for Judicial Notice of Exhibits 1-5 is granted; Defendant MTC Financial, Inc. failed to include Exhibits 6 and 7.

2. Plaintiff's Request for Judicial Notice of PRFJN: Exhibits A-G as presented in the companion motion filed by Defendant Federal Home Loan Corporation and Defendant New York Community Bank is granted;

3. The motion for dismissal according to Fed. R. Civ. P., Rule 12(b)(6) by Defendant MTC Financial, Inc. dba Trustee Corps is denied. Plaintiff has plead sufficient facts to support his claim to set aside the foreclosure "sale" of the subject real property to Defendant Federal Home Loan Mortgage Corporation on September 30, 2010, and upon which Defendant MTC may have liability for the failure to comply with the mandatory statutory notice required by the foreclosure provisions of California Civil Code 2924 et. seq.; and although Plaintiff failed to originally plead "tender" in his original state court complaint, Plaintiff has plead a proposed Second Amended Complaint that includes an allegation Plaintiff did in fact offer to cure all defaults on the loan simultaneously with the filing of the original state court complaint.

Dated: March 9, 2011

Judge John A. Mendez
United States District Court

Approved as to Form:
Law Office of Turner, Reynolds, Greco and O'Hara

By:_____
Keith Van Dyke, Attorney for Defendant MTC Financial Inc.,
a California Corporation, dba Trustee Corp.

2

[Proposed] ORDER DENYING MOTION BY DEFENDANT MTC FINANCIAL, INC. dba TRUSTEE CORP. TO DISMISS FIRST AMENDED COMPLAINT ASSERTING FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
Case No. 2:10-cv-03265-JAM-KJM

1 | Law Office of Malcolm & Cisneros
2 |
3 | By:_____
4 | Damian Richard, Attorney for
    Defendant New York Community Bank and
5 | Defendant Federal Home Loan Mortgage
    Corporation.

28 | 3
[Proposed]  ORDER DENYING MOTION BY DEFENDANT MTC FINANCIAL, INC. dba TRUSTEE CORP. TO DISMISS FIRST AMENDED COMPLAINT ASSERTING FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
Case No. 2:10-cv-03265-JAM-KJM