IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORY NAROG,

      Plaintiff,

vs.

NEW YORK COMMUNITY BANK, et al.,

      Defendants.

No. CIV S-10-3265 JAM CKD PS

ORDER

_____/

      Defendants' motions to dismiss came on regularly for hearing September 21, 2011. Plaintiff appeared in propria persona. Charles Nunley appeared for defendant Federal Home Loan Mortgage Corporation and appeared specially for defendant MTC Financial, Inc. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      No later than 4:00 p.m. on September 28, 2011, plaintiff shall deposit with the Clerk of Court the sum of $444,442.48, representing tender of the full amount of unpaid debt, together with costs, due on the loan at issue in this action. See Defendant MTC's Request for Judicial Notice, Exh. 7 (dkt. no. 47-2). Deposit of said funds shall be in the form of a Cashier's Check and shall be maintained by the Clerk of Court in accordance with Local Rule 150(c)

/////

1 | pending further order of the Court.  Failure to comply with this order shall result in a
2 | recommendation that defendants' motions to dismiss be granted.

Dated: September 22, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
narog.oah